M. P. No. 76-256. HILTON ROSEN *et al. v.* JAIME RESTREPO, JR., *Lincoln Tax Assessor et al.* Petition for writ of mandamus denied since the case will require an evidentiary hearing. Motion of petitioners to consolidate this case with the case of *Rosen et al.* v. *Restrepo,* No. 76-130-A denied. *Oster, Espo, Fay*

& *Groff, George M. Prescott,* for petitioners. *John Quattrocchi III,* Town Solicitor, for respondents.